# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

|  |  |
|---|---|
| SZY Holdings, LLC, *et al.*<br>    Plaintiffs,<br><br>v.<br><br>IPF Sourcing LLC, *et al.*,<br>    Defendants. | Civil Action No. 1:20-cv-01475 (LO/JFA) |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS RICO GARCIA AND HAMSA HOLDINGS, LLC

Pursuant to Local Rules of Civil Procedure 7 and 83.1(G), Olaoluwaposi O. Oshinowo, Spencer C. Brooks, and Wiley Rein LLP (together, "Wiley Rein") respectfully move to withdraw as counsel for Defendants Rico Garcia and Hamsa Holdings, LLC (together, the "Defendants"). As explained in the accompanying Memorandum in Support, good cause exists to permit Wiley Rein to withdraw as counsel in this matter because the Defendants have discharged Wiley Rein and no longer wish to be represented by Wiley Rein in this proceeding. Further, given the early stage of the proceeding with respect to the Defendants, neither the parties nor the proceeding will be disrupted by Wiley Rein's withdrawal. Reasonable notice has been provided to the Defendants. Accordingly, Wiley Rein respectfully requests that the Court grant the Motion to Withdraw and enter an Order permitting Wiley Rein to withdraw as counsel for the Defendants. A proposed order is attached as Exhibit A.

Dated: May 17, 2022                     Respectfully submitted,

                                                            By: */s/ Olaoluwaposi O. Oshinowo*

                                                            Olaoluwaposi O. Oshinowo (Bar No. 84992)
                                                            Spencer C. Brooks (admitted *pro hac vice*)
                                                            **Wiley Rein LLP**

1

2050 M Street NW
Washington, DC 20036
ooshinowo@wiley.law
sbrooks@wiley.law
(Tel) (202) 719-7000
(Fax) (202) 719-4275

*Counsel for Defendants Rico Garcia and Hamsa Holdings, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2022, a true and exact copy of the foregoing was electronically filed with the Clerk of the District Court using the CM/ECF system and served electronically upon all counsel of record:

Robert C. Gill
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue NW Suite 550
Washington, DC 20006
Tel. 202-333-8800
Fax. 202-295-6705
Email: Robert.gill@saul.com

***Counsel for Plaintiffs SZY Holdings, LLC and FarFromBoringPromotions.com, LLC***

John Anthony Bonello
David Brody & Dondershine, LLP
2100 Reston Parkway Suite 370
Reston, VA 20191
Tel. (703) 264-2220
Fax. (703) 264-2226
Email: jbonello@dbd-law.com

***Counsel for Defendant IPF Sourcing LLC***

> By: */s/ Olaoluwaposi O. Oshinowo*
> Olaoluwaposi O. Oshinowo (Bar No. 84992)
> Wiley Rein LLP
>
> *Counsel for Defendants Rico Garcia and Hamsa Holdings, LLC*