**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| SZY HOLDINGS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 1:20-cv-01475-MSN/WEF |
| ) | |
| IPF SOURCING LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Plaintiffs SZY Holdings, LLC and FarFromBoringPromotions.com (collectively, "Plaintiffs") and Defendants Rico Garcia and Hamsa Holdings, LLC (collectively, "Defendants") submit this Joint Status Report in accordance with the Court's Order dated January 3, 2025. (ECF 138).

This Court previously held that Defendants defaulted—or waived—their arbitration right by waiting over nine months after they were sued to move to compel arbitration. The Fourth Circuit disagreed and reversed. The Fourth Circuit remanded with instructions for this Court to "determine whether the dispute is 'referable to arbitration.'" On January 3, 2025, the Court ruled that this dispute is not referable to arbitration under the Federal Arbitration Act (FAA) and directed the parties to submit a joint status report with a proposal for proceeding in this litigation.

Under Fed. R. App. P. 4(a)(1)(A), Defendants have until February 2, 2025 to file a notice of appeal of the Court's January 3, 2025 decision as authorized by the FAA. Accordingly, the parties propose that they submit another joint status report on February 8, 2025 with a proposal for proceeding in this litigation if Defendants elect not to file a notice of appeal. If Defendants elect

-2-

to file a notice of appeal, the parties request that the Court refrain from entering a further scheduling order until the appeal is resolved and the case is remanded by the Fourth Circuit.

Respectfully submitted,

/s/ Robert C. Gill
Robert C. Gill (VSB #26266)
robert.gill@saul.com
Ian McLin (VSB# 92403)
ian.mclin@saul.com
Saul Ewing LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC 20006
Tel: (202) 295-6605
Fax: (202) 295-6705

*Counsel for Plaintiffs*

/s/ Timothy R. Clinton – with permission
Timothy R. Clinton (VSB #70902)
tim@clintonpeed.com
Matthew Peed (*pro hac vice*)
matt@clintonpeed.com
Clinton & Peed PLLC
1775 Eye Street NW, Suite 1150
Washington, DC 20006
Tel.: (202) 919-9491
Fax: (202) 587-5601

*Counsel for Defendants Rico Garcia and Hamsa Holdings, LLC*

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that on January 24, 2025 true and correct copy of the foregoing **JOINT STATUS REPORT** was served via the Court's ECF system on all counsel of record.

    */s/ Robert C. Gill*
Robert C. Gill (VSB #26266)
robert.gill@saul.com
Saul Ewing LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC 20006
Tel: (202) 295-6605
Fax: (202) 295-6705

*Counsel for Plaintiffs*